## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

ERIKA LOPEZ and MELANIE
ROSARIO,

      Plaintiffs,

v.                                                                                            Case No: 8:25-cv-638-WFJ-AEP

T. DISNEY TRUCKING AND
GRADING, INC.,

      Defendant.

_____/

## O R D E R

The Court has been advised by **the Mediation Report (Dkt. 20)** that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.09, M.D. Fla., it is

**ORDERED AND ADJUDGED** that this cause is hereby **DISMISSED** without prejudice and subject to the right of the parties, within sixty (60) days of the date of this order, to submit a stipulated form of final order or judgment should they so choose or for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. The Clerk is directed to terminate any pending motions/deadlines and to CLOSE the file.

    **DONE** and **ORDERED** in Tampa, Florida on September 22, 2025.

                         s/*William F. Jung*
                         **WILLIAM F. JUNG**
                         **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record