**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

ERIKA LOPEZ, and
MELANIE ROSARIO,

    Plaintiffs,

v.                                      Case No. 8:25-cv-00638-WFJ-AEP

T. DISNEY TRUCKING
AND GRADING, INC.,

    Defendant

## STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

    Plaintiffs, Erika Lopez and Melanie Rosario, and Defendant, T. Disney Trucking and Grading, Inc., by and through their undersigned counsel, and being all of the parties to this action, hereby stipulate, subject to the approval of the Court, and in accordance with separate agreements between the parties, to the dismissal of each and every count and claim asserted in this action, with prejudice.

    DATED this 10th day of October, 2025.

| | |
|---|---|
| */s/Ronald W. Fraley* | */s/Todd C. Rubenstein* |
| Ronald W. Fraley, Esq. | Todd C. Rubenstein, Esq. |
| Florida Bar Number: 0747025 | Florida Bar No. 1016639 |
| The Fraley Firm, P.A. | Michael Mantovani, Esq. |
| 412 East Madison St., Suite 813 | Florida Bar No. 1030185 |
| Tampa, Florida 33602 | TAYLOR NELSON PL |
| Telephone: 813-229-8300 | 20 3rd Street, SW, Suite 209 |
| rfraley@fraleylawfirm.com | Winter Haven, FL 33880 |
| Attorney for Plaintiffs | (863) 875-6950 (tel) |
| | trubenstein@taylorlawpl.com |
| | mmantovani@taylorlawpl.com |
| | efiling@taylorlawpl.com |
| | Attorney for Defendant |

Stipulation And Order For Dismissal With Prejudice - Lopez et al. v. T Disney Trucking et. al..
Case No. 8:25-cv-00638-WFJ-AEP

Based on the parties' stipulation, and separate agreements, **IT IS SO ORDERED**:
The parties shall not be required to submit their agreements for Court consideration or approval. The Clerk is directed to dismiss this matter with prejudice.

Dated: October 14, 2025

_____
WILLIAM F. JUNG
UNITED STATES DISTRICT JUDGE